UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
ANNE BRYANT, :
:
        *Plaintiff*, :
:
  -*against*- :
: 14 cv 5765 (PAC) (MHD)
AMERICAN SOCIETY OF AUTHORS, :
COMPOSERS AND PUBLISHERS; :
"ASCAP" PARTY #2901252; *et al.*, : **ORDER ADOPTING REPORT**
: **AND RECOMMENDATION**
        *Defendants.* :
:
------------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

        On October 8, 2014, Pro se Plaintiff Anne Bryant moved to voluntary dismiss the above-captioned action. On October 16, 2014, Magistrate Judge Dolinger issued a Report and Recommendation (R &R) recommending dismissal under either Fed. R. Civ. P. 41(a)(1)(A) or Fed. R. Civ. P. 41(a)(2). Neither party objected to the R & R's recommendation.

        Accordingly, since Plaintiff has filed a notice of dismissal and since Defendants have not served an answer or moved for summary judgment, voluntary dismissal under Rule 41(a)(1)(A)(i) is appropriate. The Court adopts the R & R and dismisses Plaintiff's action without prejudice. Plaintiff is free to bring a new claim against the above-named Defendants, or any other individuals, by filing a new action.

Dated: New York, New York
      March 10, 2015

SO ORDERED

*[signature]*

PAUL A. CROTTY
United States District Judge

1

Copies mailed to:    Anne Bryant
2601 Jefferson Circle,
Sarasota,
Florida 34239